**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

UNITED STATES OF AMERICA          )
                                  )
     v.                            )
                                  )    Criminal No. 3:18mj_041 (DJN)
DONNA M. SMITH,                   )
                                  )
       *Defendant.*              )

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE
(Citation No. 6831491)

On or about January 4, 2018, in the Eastern District of Virginia, the defendant, DONNA

M. SMITH, a United States Postal Service employee, did knowingly and willfully obstruct or

retard the passage of the mails by discarding mail given to her by another Postal Service

employee such that the mail was not delivered to the addressed recipients.

(In violation of Title 18, United States Code, Section 1701.)

TRACY DOHERTY-MCCORMICK
ACTING UNITED STATES ATTORNEY

By: _____

Thomas A. Garnett
Assistant United States Attorney