# MISDEMEANOR PROCEEDINGS

| | |
|---|---|
| DATE: March 1, 2018 | CASE NO: 3:18-MJ-00041 (DJN) |
| JUDGE: NOVAK | TAPE: FTR |

UNITED STATES OF AMERICA

v.

Donna M. Smith  58yrsold

| | |
|---|---|
| INITIAL/PRELIMINARY HEARING | (X) |
| ARRAIGNMENT/TRIAL | ( ) |
| PROBATION/IDENTITY | ( ) |
| RULE 5(A) BOND HEARING | ( ) |
| PLEA | (✓) |
| SENTENCING | (✓) |
| OTHER | ( ) |

WITNESS (ES): _____

AUSA Thomas A. Garnett and/or Leburia Johnson

COUNSEL Scott D. Cardani

INTERPRETER _____

## ARRAIGNMENT PROCEEDINGS:

STATEMENT OF RIGHTS AND WAIVER, EXECUTED ( )
DEFT. ADVISED OF CHARGES/PENALTIES/RIGHTS ( X )
FINANCIAL AFFIDAVIT, SUBMITTED FOR APPROVAL ( )
CJA COUNSEL TO BE APPOINTED ( )
GOVT'S MOTION TO AMEND CT. ___ TO _____, GRANTED ( )
DEFT. ENTERED PLEA OF _____
DEFT. WAIVED/REQUESTED TRIAL BY JURY ( )
GOVT/DEFT'S MOTION FOR CONTINUANCE, GRANTED ( )
DEFT. FAILED TO APPEAR ( )
GOVT'S MOTION FOR WARRANT, GRANTED PENDING FINDING OF PROBABLE CAUSE ( )
GOVT'S MOTION TO DISMISS _____, GRANTED ( )
MOTIONS FILED WITHIN ___ DAYS ( )   RESPONSES WITHIN ___ DAYS ( )
REPLY WITHIN ___ DAYS ( )   JURY INSTRUCTIONS FILED 7 DAYS PRIOR TO TRIAL ( )

## TRIAL PROCEEDINGS:

OPENING STATEMENTS ( )
WITNESS EXCLUDED ON MOTION OF _____ ( )
GOVT. ADDUCED EVIDENCE, RESTED ( )
DEFT ADDUCED EVIDENCE, RESTED ( )
REBUTTAL EVIDENCE ( )
CLOSING ARGUMENTS ( )
FINDINGS STATED FROM THE BENCH ( )
JUDGMENT:   NOT GUILTY AS TO COUNTS ( ) _____
            GUILTY AS TO COUNTS ( ) _____

## MOTIONS PROCEEDINGS:

GOVT. ADDUCED EVIDENCE, RESTED ( )
DEFT. ADDUCED EVIDENCE RESTED ( )
REBUTTAL EVIDENCE, ADDUCED ( )
ARGUMENTS ( )
FINDINGS STATED FROM THE BENCH ( )
ADDITIONAL BRIEFING:  MOTION GRANTED ( )   MOTION DENIED ( )
MATTER TAKEN UNDER ADVISEMENT ( )

| | | |
|---|---|---|
| CASE SET: | BEGAN: | ENDED: | TIME IN COURT: |

**GUILTY PLEA PROCEEDINGS**:
DEFT. WITHDREW PLEA OF NOT GUILTY AS TO COUNTS ______ ( )
DEFT. ARRAIGNED/REARRAIGNED ON COUNT(S) I ( ✓ )
PLEA BARGAIN AGREEMENT, FILED ( )
STATEMENTS OF FACTS, FILED ( ) USED AS SUMMARY ( )
DEFT ENTERED PLEA OF GUILTY AS TO COUNT (S) I ( ✓ )
COURT ACCEPTED PLEA ( ✓ ) GOVT SUMMARIZED EVIDENCE ( ✓ )

**JUDGMENT**:
DEFT. GUILTY AS CHARGED IN COUNT(S) I ( ✓ )
PRESENTENCE REPORT ORDER ( ✓ ) P.S.I. WAIVED ( )

**SENTENCING**: ARGUMENTS HEARD ( ) OBJECTIONS TO PSR ( ) ______

COUNT 1 IMPRISONMENT ____ DAYS/MONTHS CONCURRENT ( ) CONSECUTIVE ( )
TIME SERVED ( ) CREDIT FOR TIME SERVED ON THIS CHARGE ( )
SUPERVISED RELEASE ____ MONTHS/YEARS
PROBATION 6 MONTHS
FINE $ 250.00 FINE NOT IMPOSED ( )
SPECIAL ASSESSMENT $ 10.00 RESTITUTION $ ____
MATTER TAKEN UNDER ADVISEMENT FOR ______ ( )

COUNT ____ IMPRISONMENT ____ DAYS/MONTHS CONCURRENT ( ) CONSECUTIVE ( )
TIME SERVED ( ) CREDIT FOR TIME SERVED ON THIS CHARGE ( )
SUPERVISED RELEASE ____ MONTHS/YEARS
PROBATION ____ MONTHS
FINE $ ____ FINE NOT IMPOSED ( )
SPECIAL ASSESSMENT $ ____ RESTITUTION $ ____
MATTER TAKEN UNDER ADVISEMENT FOR ______ ( )

COUNT ____ IMPRISONMENT ____ DAYS/MONTHS CONCURRENT ( ) CONSECUTIVE ( )
TIME SERVED ( ) CREDIT FOR TIME SERVED ON THIS CHARGE ( )
SUPERVISED RELEASE ____ MONTHS/YEARS
PROBATION ____ MONTHS
FINE $ ____ FINE NOT IMPOSED ( )
SPECIAL ASSESSMENT $ ____ RESTITUTION $ ____
MATTER TAKEN UNDER ADVISEMENT FOR ______ ( )

FINE TO BE PAID BY 8/13, 20 18 5mos

RESTITITUION VICTIM: ______
______
______

DEFENDANT ADVISED OF RIGHT OF APPEAL WITHIN 14 DAYS ( ✓ )

DEFT RELEASED ON PR BOND ( ) DEFT CONTINUED ON BOND ( )
DEFT REMANDED TO CUSTODY ( ) DEFT DIRECTED TO APPEAR ( )

LICENSE SUSPENDED FOR ____ DAY(S)/YEAR EFFECTIVE ______ ASAP ( )

RESTRICTED LICENSE:
TO AND FROM WORK ( ) ASAP ( )
DURING WORK, IF REQUIRED ( ) PROBATION ( )
NECESSARY MEDICAL ( ) TRANSPORT CHILDREN ( ) TO JAIL ( )

OL ____
CH ____
GR ____
FINE $ ____ TO $ ____